IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-00003 |
| | ) | CHIEF JUDGE HAYNES |
| ANTHONY Q. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The status conference is reset in this action to **Thursday, August 30, 2012 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 23rd day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge