IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff. ) <br> ) <br> v. ) <br> ) <br> ANTHONY QUINN WILSON, ) <br> ) <br> Defendant. ) | Case No. 1:10-00003-01 <br> Chief Judge Haynes |

## O R D E R

The sentencing hearing is set in this action for **Monday, September 16, 2013 at 3:00 p.m.** By **Friday, September 6, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED.**

ENTERED this the ____ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court