IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
     )
v.      )    Case No. 1:10-00003
     )    Chief Judge Haynes
ANTHONY QUINN WILSON      )

## ORDER

Before the Court is defendant's *pro se* motion to withdraw attorney and substitute counsel

(Docket Entry No. 69). The Federal Public Defender's Office shall assign additional counsel, who

shall review the file and discuss with the defendant the performance of defendant's current counsel.

New counsel shall file an appearance in this action within thirty (30) days from the date of this

Order, and counsel shall then file a proposed Order setting a date for a second hearing on defendant's

motion to withdraw attorney within thirty (30) days of entering an appearance.

It is so **ORDERED**.

**ENTERED** this the _17th_ day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court