United States District Court     9-3-13
For The Middle District of Tennessee

| United States of America | criminal action No #1:10-00003 |
| Plantiff | The Hon. Judge Haynes |
| vs, | ORDER |
| Anthony Quinn Wilson | Based upon DE |
| Defendant | No. 89, this motion is |
| | DENIED without |
| | prejudice |
| | to renew |

*[Handwritten annotation: all ... 1-9-14]*

## Motion To Withdraw Attorney

Comes the defendant, Pro Se, and moves this Honorable Court to withdraw defendant's Attorney Hershell Koger from his case for Mr. Koger has provided the defendant with ineffective assistance of counsel.

## Statement of Relevant Facts

Upon Mr. Koger's representation, a Motion to Suppress was filed in defense of the defendant. Mr. Koger failed to address certain key meritts that pertains to defendant's right's of the United States Constitution. This Suppression Hearing occurred the month of June in 2013. Defendant has gone over the Motion to Suppress several times and noticed that Mr. Koger noted the merits in the motion but failed to acknowledge or never attempted to address it in your honorable courts. This is reckless and negligent of his actions, Since the defendant has been reading about the merits