United States District Court
For Middle District of Tennessee

recd
9/10/13

9-3-13

United States of America
    Plantiff

vs.

Anthony Quinn Wilson
    Defendant

Criminal Action No # 1:10-00003
The Hon. Judge Haynes

~~Motion~~
Based upon D/E No 83
~~this motion is~~ DENIED
without prejudice
to renew.

## Motion To Withdraw Guilty Plea

Comes the defendant, pro se, moves this Honorable /s/ WJH
courts, to withdraw the defendant's guilty plea    1-9-14
that he had entered in this case.

## Reason's For Withdrawl

Defendant Anthony Quinn Wilson feel's strongly
that Mr. Hershell Koger has not applied himself
to his full potential, and has provided him the
defendant with ineffective assistance of counsel.
Mr. Koger drafted a motion to suppress evidence
in this case but failed to address key meritts in
this case pertaining to Amendments of the United
States Constitution. This type of wrong doing
or <u>Malfeasance</u> show negligence in Mr. Koger's
action of representation of his professinalism.
These key meritt's that never was argued in
open court should be brought forth and be

Case 1:10-cr-00003  Document 84 Filed 09/10/13  Page 1 of 2 PageID #: [illegible]